No. D–1354. IN RE DISBARMENT OF MICKS. It is ordered that Deitra Raverne Handy Micks, of Jacksonville, Fla., be suspended from the practice of law in this Court and that a rule issue,

returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.